IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TRACY EUGENE WHITE                                                                                  PLAINTIFF

v.                                            Case No. 6:25-cv-6011

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION                                                                      DEFENDANT

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation (ECF No. 10), the decision of the Commissioner of the Social Security Administration is **AFFIRMED**. Plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 5th day of December, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge